```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

BRAULIO THORNE,

              Plaintiff,

  - against -

PEAVEY ELECTRONICS CORPORATION,

              Defendant.

24-cv-8780 (JGK)

<u>ORDER</u>

-----------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **February 18, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:  New York, New York
        November 20, 2024

                                      _____
                                          John G. Koeltl
                                  United States District Judge